```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT JOHNSTON, et al.         :        CIVIL ACTION
                                :
        v.                      :
                                :
THE SCHOOL DISTRICT OF          :
PHILADELPHIA, et al.            :        NO. 04-4948
```

## JUDGMENT

AND NOW, this      day of December, 2005, based on the answers of the jury to special interrogatories, it is hereby ORDERED that:

(1)  judgment is entered in favor of plaintiff Robert Johnston and against the defendant the School District of Philadelphia in the amount of $571,016;

(2)  the School District of Philadelphia shall reinstate plaintiff Robert Johnston to a position with duties, responsibilities, and working conditions comparable to those which he enjoyed prior to his termination on February 3, 2003 and shall compensate Robert Johnston upon reinstatement in an amount (including fringe benefits) equal to what he would have been paid at this time had he not been discharged;

(3)  judgment is entered in favor of plaintiff Jack Zubris and against the defendant the School District of Philadelphia in the amount of $703,107;

>        (4)   the School District of Philadelphia shall reinstate plaintiff Jack Zubris to a position with duties, responsibilities, and working conditions comparable to those which he enjoyed prior to his termination on February 3, 2003 and shall compensate Jack Zubris upon reinstatement in an amount (including fringe benefits) equal to what he would have been paid at this time had he not been discharged;
>
>        (5)   judgment is entered in favor of plaintiff Edward Pilosi and against the defendant the School District of Philadelphia in the amount of $802,170;
>
>        (6)   the School District of Philadelphia shall reinstate plaintiff Edward Pilosi to a position with duties, responsibilities, and working conditions comparable to those which he enjoyed prior to his termination on February 3, 2003 and shall compensate Edward Pilosi upon reinstatement in an amount (including fringe benefits) equal to what he would have been paid at this time had he not been discharged;
>
>        (7)   judgment is entered in favor of plaintiff Peter Bracchi and against the defendant the School District of Philadelphia in the amount of $884,085; and
>
>        (8)   judgment is entered in favor of plaintiffs Robert Johnston, Jack Zubris, Edward Pilosi, and Peter Bracchi and against defendant Kimberly Sangster for zero dollars.

```
                              BY THE COURT:


                              _____
                                                              J.
```