

**FLASTER GREENBERG**
ATTORNEYS AT LAW ♦ A PROFESSIONAL CORPORATION

1810 Chapel Avenue West
Cherry Hill, New Jersey 08002-4609
Telephone: (856) 661-1900
Facsimile: (856) 661-1919
EIN: 22-1913711

Johnston, Robert

Re: The School District of Philadelphia and Kimberly Sangster

| Date | Prof. | Description | Time |
|---|---|---|---|
| 05/25/05 | MDH | Review of Zubris and Bracchi e-mails on Sangster dep issues and response to same | 0.40 Hrs |
| 05/25/05 | MDH | Review of research on Vallas at CSD | 0.60 Hrs |
| 05/25/05 | LVH | Reviewed e-mails from Jack Zubris regarding deposition follow-ups and document requests(.2); drafted e-mail to Michael D. Homans regarding document request responses(.1); telephone call to Heather Steinmiller regarding miscellaneous discovery issues(.1); telephone call to Linda Johnston regarding deposition issues(.1). | 0.50 Hrs |
| 05/25/05 | NXV | Continue research on reverse employment discrimination case on Westlaw; organize notes in preparation for memo; compose cursory memo for M. Homans for review and inclusion in motion | 3.30 Hrs |
| 05/26/05 | MDH | Review of Nina Varaghese research on evidence as to discrimination against customers, Westlaw research on same and drafting of supplemental brief on issue and filing with Court | 3.00 Hrs |
| 05/26/05 | MDH | Conference call with clients on all issues, and prep | 1.40 Hrs |
| 05/26/05 | MDH | Drafting of supplemental brief on discovery of complaints of race discrimination | 3.70 Hrs |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt
Outstanding bills over 30 days will accrue interest at the rate of 1 1/2% per month (18% per annum) on the unpaid balance
Please contact our Controller to make arrangements for payment by credit card or wire transfer

* - Interest Accumulated Since Last Invoice



**FLASTER GREENBERG**
ATTORNEYS AT LAW ✦ A PROFESSIONAL CORPORATION
1810 Chapel Avenue West.
Cherry Hill, New Jersey 08002-4609
Telephone: (856) 661-1900
Facsimile: (856) 661-1919
EIN: 22-1913711

Johnston, Robert

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/02/05 | MDH | Call and discussion with Peter Bracchi as to scheduling and preparations for trial | 0.20 Hrs |
| 11/02/05 | MDH | Review and revision to subpoena letter to Paul Schmid | 0.20 Hrs |
| 11/02/05 | LVH | Scheduled trial technology meeting with Michael D. Homans and drafted, reviewed and revised e-mail to Technology Group regarding same (.1); set-up reminders for expert preparation for trial (.2);researched current federal witness fees (.3); reviewed and analyzed response from Technology and forwarded same to Michael D. Homans (.1); drafted, reviewed, and revised form letter to enclose trial subpoenas (.7); instructed legal assistant regarding scheduling of trial preparation with vocational expert (.2); reviewed with technology person chronology software (.4); researched and analyzed law regarding municipal liability; discussed same with Michael D. Homans (3.2); discussed witness contacts and subpoena issues with Michael D. Homans (.2). | 5.40 Hrs |
| 11/03/05 | PAR | CAM - Drafted correspondence to expert Jennings re: trial preparation; prepared Robert Johnston chronology; prepared Jack Zubris chronology; prepared Ed Pilosi chronology; prepared Pete Bracchi chronology; updated witness preparation chart; and prepared check requests for witnesses' fees re: trial subpoena. | 2.90 Hrs |
Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt
Outstanding bills over 30 days will accrue interest at the rate of 1 1/2% per month (18% per annum) on the unpaid balance
Please contact our Controller to make arrangements for payment by credit card or wire transfer

\* - Interest Accumulated Since Last Invoice