# INVOICE

Terry B. Burke, RMR-CRR  
600 Budds Landing Road  
Warwick, MD 21912  
215-772-9039  

Date: 4/25/05  
Invoice No. 354950-1

..........................................

MICHAEL D. HOMANS, ESQUIRE  
Flaster Greenberg, P.C.  
1810 Chapel Avenue West  
Cherry Hill, NJ 08002  

IN RE: Robert Johnston, Jack Zubris, Edward Pilosi and Peter Bracchi vs. School District of Philadelphia and Kimberly Sangster- USDC-Eastern, No. 04-CV-4048

      Deposition of KIMBERLY SANGSTER, held in the law offices of Flaster Greenberg, P.C., Philadelphia, PA, on Thursday, April, 14, 2005 (191 pages) and Friday, April 15, 2005 (Pages 192 through 354). Reported by Terry Barbano Burke, RMR-CRR.

Original and condensed - 354 pages -------------------- $1185.90  
UPS/Postage ---------------------------------------------------- 15.00

                                            TOTAL:    $1200.90

SS# 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

<u>INTEREST TO ACCRUE AFTER 30 DAYS at 1.5 PERCENT PER MONTH</u>  
<u>    Please return one copy with remittance</u>



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191  FAX(215)988-9089

JUN 06 2005
167480   GOLDS045

To:
FLASTER & GREENBERG, P.C.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609

| INVOICE NUMBER | DATE |
|---|---|
| 175769EPA | 05/26/05 |

ATTN : MICHAEL HOMANS, ESQ.          Due Upon Receipt     | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:
JOHNSTON VS. SCHOOL DISTRICT

SERVICES PROVIDED ON 05/09/05:

JACK G. ZUBRIS

REGULAR DELIVERY
ONE COPY OF TRANSCRIPT                                   661.50
EXHIBITS                                                  11.00
COMPRESSED FORMAT TRANSCRIPT                              20.00
SHIPPING & HANDLING                                       20.00

I

BALANCE DUE                           TOTAL    712.50    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 167480   TOT: $712.50
INVOICE #: 175769EPA
DATE: 05/26/05

FLASTER & GREENBERG, P.C.
Attn: MICHAEL HOMANS, ESQ.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

```
                        I N V O I C E

Terry B. Burke, RMR-CRR              Date: 5/27/05
600 Budds Landing Road               Invoice No. 3566-1
Warwick, MD  21912
215-772-9039
..............................................................

MICHAEL D. HOMANS, ESQUIRE
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ  08002   191093-6998

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter
Bracchi vs. School District of Philadelphia and Kimberly
Sangster- USDC-Eastern, No. 04-CV-4048

            Deposition of PETER G. VALLAS (99 pages) and
ANDREW M. ROSEN (52 pages, 4 exhibits), held in the law offices
of Flaster Greenberg, P.C., Philadelphia, Pennsylvania, on
Monday, May 16, 2005.  Reported by Terry Barbano Burke, RMR-CRR.


Original and condensed - 151 total pages  -----------   $505.85
4 exhibits  -------------------------------------------     .60



                                        TOTAL:         $506.45

SS# 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

INTEREST TO ACCRUE AFTER 30 DAYS at 1.5 PERCENT PER MONTH
         Please return one copy with remittance
```

I N V O I C E

Terry B. Burke, RMR-CRR                    Date:  5/27/05
600 Budds Landing Road                     Invoice No. 3567-1
Warwick, MD  21912
215-772-9039
................................................................

MICHAEL D. HOMANS, ESQUIRE
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ  08002   191093-6998

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter
Bracchi vs. School District of Philadelphia and Kimberly
Sangster- USDC-Eastern, No. 04-CV-4048

            Deposition of REBA C. SMALLWOOD (122 pages, 20
exhibits) and COZETTE BUCKNEY (40 pages), held in the law
offices of Flaster Greenberg, P.C., Philadelphia, Pennsylvania,
on Tuesday, May 17, 2005.  Reported by Terry Barbano Burke,
RMR-CRR.


Original and condensed - 162 total pages  -----------    $542.70
20 exhibits -------------------------------------------      3.00


                                      TOTAL:    $545.70

SS# 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

INTEREST TO ACCRUE AFTER 30 DAYS at 1.5 PERCENT PER MONTH
          Please return one copy with remittance

I N V O I C E

Terry B. Burke, RMR-CRR                    Date: 5/27/05
600 Budds Landing Road                     Invoice No. 3568-1
Warwick, MD  21912
215-772-9039

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MICHAEL D. HOMANS, ESQUIRE
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ  08002

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter
Bracchi vs. School District of Philadelphia and Kimberly
Sangster- USDC-Eastern, No. 04-CV-4048

         Deposition of NATALYE PAQUIN, held in the law
offices of Flaster Greenberg, P.C., Philadelphia, Pennsylvania,
on Friday, May 20, 2005.  Reported by Terry Barbano Burke,
RMR-CRR.


Original and condensed - 132 pages  ------------------   $442.20
19 exhibits  -----------------------------------------     2.85
Condensed  -------------------------------------------      N/C


                                      TOTAL:            $445.05

SS# 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

<u>INTEREST TO ACCRUE AFTER 30 DAYS at 1.5 PERCENT PER MONTH</u>
<u>      Please return one copy with remittance</u>



JUN 0 6 2005

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191   FAX(215)988-9089

167482     GOLDS01

To:
FLASTER & GREENBERG, P.C.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609

| INVOICE NUMBER | DATE |
|---|---|
| 175913EPA | 05/31/05 |

ATTN : MICHAEL HOMANS, ESQ.     Due Upon Receipt    AMOUNT DUE   ENCL.

**YOUR REFERENCE NUMBER:**

**CAPTION:**    JOHNSTON VS. SCHOOL DISTRICT

SERVICES PROVIDED ON 05/12/05:

EDWARD PILOSI

REGULAR DELIVERY
ONE COPY OF TRANSCRIPT                    310.50
EXHIBITS                                    3.50
SHIPPING & HANDLING                        20.00

I

BALANCE DUE          TOTAL    334.00    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 167482   TOT: $334.00
INVOICE #: 175913EPA
DATE: 05/31/05

FLASTER & GREENBERG, P.C.
Attn: MICHAEL HOMANS, ESQ.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



JUN 06 2005

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684          167481     SHINJ01
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191   FAX(215)988-9089

To:
FLASTER & GREENBERG, P.C.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609

| INVOICE NUMBER | DATE |
|---|---|
| 175915EPA | 05/31/05 |

ATTN : MICHAEL HOMANS, ESQ.          Due Upon Receipt     AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION:
JOHNSTON VS. SCHOOL DISTRICT

SERVICES PROVIDED ON 05/11/05:

PETER BRACCHI

REGULAR DELIVERY
ONE COPY OF TRANSCRIPT                                      669.60
EXHIBITS                                                     52.00
SHIPPING & HANDLING                                          20.00

I

BALANCE DUE                              TOTAL    741.60   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 167481   TOT: $741.60
INVOICE #: 175915EPA
DATE: 05/31/05

FLASTER & GREENBERG, P.C.
Attn: MICHAEL HOMANS, ESQ.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

**PAID**

## Invoice

**FIRM**

FLASTER GREENBERG, P.C.
COMMERCE CENTER
1810 CHAPEL AVE WEST
CHERRY HILL, NJ 08002-4609
MR. MICHAEL HOMANS

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 57471 | 6/16/2005 | 3749 |

| TOTAL | $454.05 |
|---|---|

### CAUSE

JOHNSTON v. SANGSTER

04 CV 4948        KAREN BURKE        06/06/2005

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| TRANSCRIPT ORIGINAL | 103 | 3.40 | 350.20 |
| 06/06/2005 TELEPHONIC DISCOVERY DEPOSITION | | | |
| ATTENDANCE (MINIMUM) | 1 | 100.00 | 100.00 |
| POSTAGE & HANDLING | 1 | 3.85 | 3.85 |
| JACQUELINE PIETRZYK, CSR | | | |

*PAID 07/19/2005*

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| | INVOICE # | PAYABLE UPON RECEIPT | Total | $454.05 |
|---|---|---|---|---|
| | 57471 | | | |

E-mail  ubainc@earthlink.net    Web Site  www.urlaubbowenandassociates.com      

I N V O I C E

Terry B. Burke, RMR-CRR  Date: 6/17/05
600 Budds Landing Road  Invoice No. 3578-1
Warwick, MD  21912
215-772-9039

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MICHAEL D. HOMANS, ESQUIRE
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ  08002

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter Bracchi vs. School District of Philadelphia and Kimberly Sangster - USDC-Eastern, No. 04-CV-4048

   Deposition of JAMES E. NEVILS, held in the law offices of Flaster Greenberg, P.C., Philadelphia, Pennsylvania, on Thursday, June 9, 2005. Reported by Kimberly A. Cateon, RPR.

Original and condensed - 57 pages ---------------------- $190.95
UPS/Postage ------------------------------------------------   5.00

                                          TOTAL:    $195.95


SS# 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

   INTEREST TO ACCRUE AFTER 30 DAYS AT 1.5 PERCENT PER MONTH

         Please return one copy with remittance

I N V O I C E

Terry B. Burke, RMR-CRR                     Date: 7/6/05
600 Budds Landing Road                      Invoice No. 3588-1
Warwick, MD  21912
215-772-9039
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MICHAEL D. HOMANS, ESQUIRE
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ  08002

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter
Bracchi vs. School District of Philadelphia- USDC-Eastern, No
04-CV-4048

            Continued Deposition of KIMBERLY SANGSTER (Pages
356-526), held in the law offices of Flaster Greenberg, P.C.,
Philadelphia, PA, on Monday, June 27, 2005.  Reported by Terry
Barbano Burke, RMR-CRR.

Original and condensed - 171 total pages --------------    $572.85
86 exhibits -------------------------------------------      12.90
ASCII -------------------------------------------------        N/C
UPS/Postage -------------------------------------------       6.00

                                       TOTAL:             $591.75


SS# 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

    INTEREST TO ACCRUE AFTER 30 DAYS AT 1.5 PERCENT PER MONTH

          Please return one copy with remittance

I N V O I C E

Terry B. Burke, RMR-CRR  
600 Budds Landing Road  
Warwick, MD  21912  
215-772-9039

Date:  7/21/05  
Invoice No. 35935-1

..........................................................................

MICHAEL D. HOMANS, ESQUIRE  
Flaster Greenberg, P.C.  
1810 Chapel Avenue West  
Cherry Hill, NJ  08002

IN RE:  Robert Johnston, Jack Zubris, Edward Pilosi and Peter Bracchi vs. School District of Philadelphia and Kimberly Sangster - No. 04-CV-4048

        Depositions of PAUL SCHMID (126 pages, 3 exhibits), and GAIL BORDEN-KRAUSE (138 pages, 20 exhibits), held the law offices of Flaster Greenberg, P.C., on Monday, July 11, 2005, and Wednesday, July 13, 2005, respectively.  Reported by Terry Barbano Burke, RMR-CRR.

| | |
|---|---:|
| Original** and condensed - 264 total pages | $759.00 |
| UPS/Postage | 10.00 |
| 23 exhibits | 3.45 |
| Transcript and UPS to Borden-Krause | 19.80 |
| Transcript and UPS to Schmid | 18.60 |
| TOTAL: | $810.85 |

**Per agreement of counsel, original transcripts split between both parties

SS# 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

INTEREST TO ACCRUE AFTER 30 DAYS AT 1.5 PERCENT PER MONTH

    Please return one copy with remittance



Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1880 John F Kennedy Blvd. 15th Floor
Philadelphia, PA 19103
(215)988-9191   FAX(215)988-9089

MAY 25 2005

166907   IANND01

To:
FLASTER & GREENBERG, P.C.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609

| INVOICE NUMBER | DATE |
|---|---|
| 174914EPA | 05/17/05 |

ATTN : MICHAEL HOMANS, ESQ.

Due Upon Receipt     AMOUNT DUE     ENCL.

**YOUR REFERENCE NUMBER:**

**CAPTION:**
JOHNSTON VS. SCHOOL DISTRICT

SERVICES PROVIDED ON 04/28/05:

ROBERT JOHNSTON

REGULAR DELIVERY
ONE COPY OF TRANSCRIPT
EXHIBITS
COMPRESSED FORMAT TRANSCRIPT
E-MAILED TRANSCRIPT
SHIPPING & HANDLING

I

1,620.40
28.00
20.00

20.00

BALANCE DUE         TOTAL   1,688.40   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866)377-5962
Fax (973)377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 166907   TOT: $1688.40
INVOICE #: 174914EPA
DATE: 05/17/05

FLASTER & GREENBERG, P.C.
Attn: MICHAEL HOMANS, ESQ.
1810 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002-4609



LINKING TESTIMONY, TRADITION AND TECHNOLOGY