

**Tinari Economics Group**
Expert Litigation Consulting Since 1979

Bill To

Sent to: Via email, fax, mail

Flaster Greenberg
Lizanne V. Hoerst, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002



Lizanne V. Hoerst, Esq.
via fax (856) 661-1919

**Invoice #** 13109 — 5/5/2005 — Termination — JOHNStON, Robert

| ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Fee (Retainer) | Retainer Fee | | 2,500.00 | 2,500.00 |
| Payment (Retainer) | Retainer paid on check # 5260 dated April 25, 2005 | | -2,500.00 | -2,500.00 |

**Total Amount Due** — **$0.00**

Any amount outstanding after due date is subject to late charge of 1.3% per month in accordance with our fee schedule.

| Terms | DATE DUE |
|---|---|
| Net 30 | 6/4/2005 |

Tinari Tax Payer ID: 22-3268535

Reply to: ☐

220 S. Orange Ave. Suite 203
Livingston, NJ 07039
tel 973.992.1800
fax 973.992.0023

www.TinariEconomics.com

Reply to: ☐

500 7th Ave. 10th Fl.
New York, NY 10018
tel 212.201.0938
fax 212.201.0937


**Tinari Economics Group**
Expert Litigation Consulting Since 1979

Bill To

Flaster Greenberg
Lizanne V. Hoerst, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002

Sent to: Via email, fax, mail

**PAID**

Lizanne V. Hoerst, Esq.
via fax (856) 661-1919

**Invoice #   13110**

5/5/2005   Termination

ZUBRIS, Jack

| ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Fee (Retainer) | Retainer Fee | | 2,500.00 | 2,500.00 |
| Payment (Retainer) | Retainer paid on check # 5260 dated April 25, 2005 | | -2,500.00 | -2,500.00 |

**Total Amount Due**  $0.00

Any amount outstanding after due date is subject to late charge of 1.3% per month in accordance with our fee schedule.

| Terms | DATE DUE |
|---|---|
| Net 30 | 6/4/2005 |

Tinari Tax Payer ID: 22-3268535

Reply to: ☐

220 S. Orange Ave. Suite 203
Livingston, NJ 07039
tel 973.992.1800
fax 973.992.0023

www.TinariEconomics.com

Reply to: ☐

500 7th Ave. 10th Fl.
New York, NY 10018
tel 212.201.0938
fax 212.201.0937



**Tinari Economics Group**
Expert Litigation Consulting Since 1979

Bill To

Flaster Greenberg
Lizanne V. Hoerst, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002

Sent to: Via email, fax, mail



Lizanne V. Hoerst, Esq.
via fax (856) 661-1919

**Invoice #  13111**

5/5/2005    Termination

PILOSI, Edward

| ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Fee (Retainer) | Retainer Fee | | 2,500.00 | 2,500.00 |
| Payment (Retainer) | Retainer paid on check # 5260 dated April 25, 2005 | | -2,500.00 | -2,500.00 |

**Total Amount Due**            $0.00

Any amount outstanding after due date is subject to late charge of 1.3% per month in accordance with our fee schedule.

| Terms | DATE DUE |
|---|---|
| Net 30 | 6/4/2005 |

Tinari Tax Payer ID: 22-3268535

Reply to: ☐
220 S. Orange Ave. Suite 203
Livingston, NJ 07039
tel 973.992.1800
fax 973.992.0023

www.TinariEconomics.com

Reply to: ☐
500 7th Ave. 10th Fl
New York, NY 10018
tel 212.201.0938
fax 212.201.0937



**Tinari Economics Group**
Expert Litigation Consulting Since 1979

Bill To

Flaster Greenberg
Lizanne V. Hoerst, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002

Sent to: Via email, fax, mail



Lizanne V. Hoerst, Esq.
via fax (856) 661-1919

| | 5/5/2005 | Termination | |
|---|---|---|---|
| **Invoice #** | **13112** | **BRACCHI, Peter** | |

| ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Fee (Retainer) | Retainer Fee | | 2,500.00 | 2,500.00 |
| Payment (Retainer) | Retainer paid on check # 5260 dated April 25, 2005 | | -2,500.00 | -2,500.00 |

| Total Amount Due | | | | $0.00 |

Any amount outstanding after due date is subject to late charge of 1.3% per month in accordance with our fee schedule.

| Terms | DATE DUE |
|---|---|
| Net 30 | 6/4/2005 |

Tinari Tax Payer ID: 22-3268535

Reply to: ☐
220 S. Orange Ave. Suite 203
Livingston, NJ 07039
tel 973.992.1800
fax 973.992.0023

www.TinariEconomics.com

Reply to: ☐
500 7th Ave. 10th Fl
New York, NY 1001!
tel 212.201.093!
fax 212.201.093`

**DONALD E. JENNINGS, Ed.D.**
Stonewood Office Campus, Suite 109
826 Bustleton Pike
Feasterville, PA 19053

**AGREEMENT FOR PSYCHOLOGICAL/OCCUPATIONAL SERVICES**

1. Donald E. Jennings, Ed.D., renders psychological testing, vocational rehabilitation, occupational services, and testimony in litigation cases. The scope of services to be rendered are: All occupational services required in connection with the case including, but not limited to: biographical information, initial data, testing, office and telephone conferences, trips to the court, testimony, and competitive labor market survey when indicated.

2. Name of Law Firm: **FLASTER GREENBERG, P.C.**

3. Name of Attorney: **MICHAEL HOMANS, ESQUIRE**

4. Name of case being evaluated: **Edward Pilosi**

5. The attorneys agree to pay Donald E. Jennings, Ed.D. the fee of $1,500 for the **first ten hours** of occupational services or for any part thereof. Said fee is tendered herewith, by reason of being due and payable at the time of the execution of this agreement.

6. Should **more than ten hours** be required, Donald E. Jennings, Ed. D. will bill the attorneys at the rate of **$185** per hour. Also, travel costs outside Philadelphia County will be covered by law firm indicated above. The rate of travel will be $.35, per mile, to and from Dr. Jennings' office.

7. There will be an additional fee of $600 when the evaluation is conducted out of the offices of Donald E. Jennings, Ed. D.

8. All fees and costs will be due and payable upon presentation of statements thereof.

9. Should Donald E. Jennings, Ed. D. not be required to render services to the extent of ten hours of time, the entire $1,500 fee shall be retained by Donald E. Jennings, Ed.D. and no portion of same will be refundable under any circumstances.

Date: **July 5, 2005**                     Date July 12, 2005

_____            _____
Donald E. Jennings, Ed.D.                  For Law Firm
Licensed Psychologist/
Certified Vocational Expert
Tax ID #23-2181857

Appointment Date: **7/20/05 at 10:30 a.m.**

**PLEASE SIGN & RETURN WITH CHECK**
**KEEP A COPY FOR YOUR RECORDS**
**THANK YOU**

DEC 14 2005

**DONALD E. JENNINGS, ED.D.**
826 Bustleton Pike, Suite 109
Stonewood Office Campus
Feasterville, Pa 19053

(215) 364-5780
Fax: (215) 364-5782

TO    Flaster Greenberg
1810 Chapel Avenue, West
Cherry Hill, N.J. 08002

Attention: Michael Homans, Esquire

December 12, 2005              FEDERAL ID#: 23-2181857

Re: EDWARD PILOSI (D/B: 2/18/40; SS#: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)

| DATE | PROFESSIONAL SERVICE | CHARGE | BALANCE |
|------|----------------------|--------|---------|
| 12/12/05 | 1 Hr. & 30 min. (1.30) over original 10 hour contract @ 185/hr. | $277.50 | $277.50 |

Payment is due upon receipt of invoice

Thank you,

*Donald C. Jennings, Ed.D.*

Donald E. Jennings, Ed. D.
Licensed Psychologist/
Certified Vocational Expert
PA License #: PS 001100

*Make check payable to "Donald E. Jennings, Ed. D."*